```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS CALCANO, *on behalf of himself and all others similarly situated*,

                Plaintiff,

v.

THE GANNON FUNERAL HOME INC.,

                Defendant.

No. 21-CV-10296 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    By Order dated December 13, 2021, the Court directed the parties to submit a letter within forty-five days of service of the complaint requesting that the Court either (1) refer the case to mediation or a magistrate judge, or (2) schedule an initial status conference in the matter. On December 17, 2021, Plaintiff filed an affidavit of service stating that Defendant The Gannon Funeral Home Inc. was served on December 10, 2021. To date, no letter has been filed.

    Further, The Gannon Funeral Home Inc.'s answer was due on January 3, 2022. Defendant has not yet appeared, answered, or otherwise responded to the complaint. Defendant shall do so or seek an extension by March 10, 2022. If Defendant fails to do so, and Plaintiff intends to move for default judgment, he shall do so by March 24, 2022.

    Plaintiff shall serve a copy of this Order on Defendant by February 24, 2022 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:    February 17, 2022
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge